UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

TERESA ALLEN,                              )
as next friend of the minor child,        )
M. A.                                      )
and                                        )
M. A., individually,                       )
2839 Robinson Pl., S.E.                    )
Washington, D.C.                           )
                                           )
and                                        )
                                           )
RUTHIE MILES,                              )
as next friend of the minor child,        )
P. B.                                      )
and                                        )
P. B., individually,                       )
4100 E. Capitol St., N.E.                  )
Washington, D.C.                           )
                                           )
and                                        )
                                           )
RUTHIE MILES,                              )
as next friend of the minor child,        )
R. B.                                      )
and                                        )
R. B., individually,                       )
4100 E. Capitol St., N.E.                  )
Washington, D.C.                           )
                                           )
and                                        )
                                           )
MARGARET DANOWSKI,                         )
as next friend of the minor child,        )
A. D.                                      )
and                                        )
A. D., individually,                       )
3801 Alton Pl., N.W.                       )
Washington, D.C.                           )
                                           )
and                                        )

1

MARGARET DANOWSKI,                           )
as next friend of the minor child,           )
J. D.                                         )
and                                           )
J. D., individually,                          )
3801 Alton Pl., N.W.                          )
Washington, D.C.                              )
                                              )
and                                           )
                                              )
DIANA DAVIS,                                  )
as next friend of the minor child,           )
K. D.                                         )
and                                           )
K. D., individually,                          )
5525 Dix Street, N.E.                         )
Washington, D.C.                              )
                                              )
and                                           )
                                              )
JOAN GILCHREST,                               )
as next friend of the minor child,           )
M. D.                                         )
and                                           )
M. D., individually,                          )
909 K St., N.E.                               )
Washington, D.C.                              )
                                              )
and                                           )
                                              )
JOAN GILCHREST,                               )
as next friend of the minor child,           )
M. D.                                         )
and                                           )
M. D., individually,                          )
909 K St., N.E.                               )
Washington, D.C.                              )
                                              )
and                                           )

LINDA GOODMAN,                                    )
as next friend of the minor child,               )
M.G.                                             )
and                                              )
M.G., individually,                              )
3533 Ames St., N.E.                              )
Washington, D.C.                                 )
                                                 )
and                                              )
                                                 )
VELVET GRAY,                                     )
as next friend of the minor child,               )
T. G.                                            )
and                                              )
T. G., individually,                             )
4034 2nd St., S.W.                           )
Washington, D.C.                                 )
                                                 )
and                                              )
                                                 )
GUILLERMINA GREEN,                               )
as next friend of the minor child,               )
J. G.                                            )
and                                              )
J. G., individually,                             )
6204 12th St., N.W.                          )
Washington, D.C.                                 )
                                                 )
and                                              )
                                                 )
AVIS JOHNSON,                                    )
as next friend of the minor child,               )
M. J.                                            )
and                                              )
M. J., individually,                             )
3318 E. Capitol St., N.E.                        )
Washington, D.C.                                 )
                                                 )
and                                              )

BERTINA FOX,                                    )
as next friend of the minor child,             )
B. K.                                          )
and                                            )
B. K., individually,                           )
1321 5th St., N.W.                             )
Washington, D.C.                               )
                                               )
and                                            )
                                               )
STEPHANIE LEWIS,                               )
as next friend of the minor child,             )
S. L.                                          )
and                                            )
S. L., individually,                           )
5201 Central Ave., S.E.                        )
Washington, D.C.                               )
                                               )
and                                            )
                                               )
MARILYN LOWRY,                                 )
as next friend of the minor child,             )
M. L.                                          )
and                                            )
M. L., individually,                           )
1719 D St., S.E.                               )
Washington, D.C.                               )
                                               )
and                                            )
                                               )
STEPHEN MALONEY,                               )
as next friend of the minor child,             )
S. M.                                          )
and                                            )
S. M., individually,                           )
800 Florida Ave., N.E.                         )
Washington, D.C.                               )
                                               )
and                                            )

4

ANTIONETTE MEANS MADDOX,                    )
as next friend of the minor child,          )
D. M.                                       )
and                                         )
D. M., individually,                        )
4308 21st St., N.E.                          )
Washington, D.C.                            )
                                            )
and                                         )
                                            )
JOY NEWALDASS,                              )
as next friend of the minor child,          )
C. N.                                       )
and                                         )
C. N., individually,                        )
1126 McKENNA WALK N.W                       )
Washington, D.C.                            )
                                            )
and                                         )
                                            )
FONDA ALLEN,                                )
as next friend of the minor child,          )
C. P.                                       )
and                                         )
C. P., individually,                        )
1954 Naylor Rd., S.E.                       )
Washington, D.C.                            )
                                            )
and                                         )
                                            )
CHARLES RAWLINGS,                           )
as next friend of the minor child,          )
G.R.                                        )
and                                         )
G.R., individually,                         )
3916 Cole Blvd., S.E.                       )
Washington, D.C.                            )
                                            )
and                                         )

SENAIT GEBRETENSAE,         )
as next friend of the minor child,    )
Y. T.         )
and         )
Y. T., individually,         )
1220 12th St., N.W.         )
Washington, D.C.         )
         )
and         )
         )
SHANTRINA LEWIS,         )
as next friend of the minor child,    )
S. W.         )
and         )
S.W., individually,         )
236 11th St., N.W.         )
Washington, D.C.         )
         )
and         )
         )
GAIL WILLIAMS,         )
as next friend of the minor child,    )
J.W.         )
and         )
J.W., individually,         )
305 Decatur St., N.W.         )
Washington, D.C.         )
         )
and         )
         )
SUZANNE SNYDER,         )
as next friend of the minor child,    )
T. W.         )
and         )
T. W., individually,         )
234 12th St., N.E..         )
Washington, D.C.         )
         )
and         )



TERESA WINSLOW,                          )
as next friend of the minor child,       )
S. W.                                    )
and                                      )
S. W., individually,                     )
3821 2nd St., S.E.                       )
Washington, D.C.                         )
                                         )
and                                      )
                                         )
BEVERLY BROWN,                           )
as next friend of the minor child,       )
T. W.                                    )
and                                      )
T. W., individually,                     )
8407 Branchwood Cricle                   )
Clinton, MD.                             )
                                         )
        vs.                              )
                                         )
GOVERNMENT OF THE DISTRICT OF            )
COLUMBIA,                                )
A Municipal Corporation,                 )
                                         )
Serve: Eugene A. Adams                   )
        Interim Attorney General         )
                                         )
        Defendant.                       )
_____)

COMPLAINT

JURISDICTION

1.  Jurisdiction of this Court is founded in the Individuals with Disabilities in Education Act, 28

U.S.C. 1331 and 20 U.S.C. 1400, et seq., (herein IDEA) the Individuals with Disabilities in

Education Improvement Act of 2004 (herein IDEIA) and 42 U.S.C. 1983, et seq.

PARTIES

2.  Each plaintiff is a minor child, the parent/guardian of a minor child or an adult student.  All

Plaintiffs are or were residents or wards of the District of Columbia during the time of the underlying administrative proceedings.

3.  Defendant is a municipal corporation.  As one of its governmental functions, defendant operates the District of Columbia Public Schools System (herein DCPS).  DCPS is responsible for affording children with disabilities in the District of Columbia all rights pursuant to IDEIA and is responsible for issuing checks in payment of reasonable attorney's fees and costs incurred by the plaintiffs in pursuing claims under IDEIA.

FACTS

M.A.

4.  On February 21, 2006, and on September 15, 2006 administrative due process hearings were held pursuant to IDEA and IDEIA concerning the special education needs of M. A.   M.A. and his mother, Teresa Allen, were the prevailing parties in these proceedings.

5.  On March 14, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $10,551.04.

6.  On December 8, 2006, pursuant to IDEIA, a supplemental petition for attorney's fees and costs was submitted to DCPS in the amount of $3,148.03.

7.  On December 8, 2006, pursuant to IDEIA, a second supplemental petition for attorney's fees and costs was submitted to DCPS in the amount of $16,022.85.

8.  On July 24, 2006, a payment of $4,294.04 was received.

9.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $25,427.88.

P.B.

10.  On March 27, 2006, an administrative due process hearing was held pursuant to IDEIA concerning the special education needs of P. B.  P.B. and her guardian, Ruthie Miles, were the prevailing parties in this proceeding.

11.  On May 3, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $4,207.52.

12.  On July 24, 2006, a payment of $3,647.52 was received.

13.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $560.00.

R.B.

14.  On March 27, 2006, an administrative due process hearing was held pursuant to IDEIA concerning the special education needs of R. B.  R.B. and her guardian, Ruthie Miles, were the prevailing parties in this proceeding.

15.  On May 3, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $3,573.09.

16.  On July 24, 2006, a payment of $3,013.09 was received.

17.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $560.00.

A.D.

18.  On February 3, 2006, an administrative due process hearing was held pursuant to IDEIA concerning the special education needs of A.D.  A. D. and his mother, Margaret Danowski,  were the prevailing parties in this proceeding.

19.  On February 15, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $5,733.36.

20.  On June 6, 2006, a payment of $4,357.36 was received.

21.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $1,376.00.

<u>J. D.</u>

22.  On February 3, 2006, an administrative due process hearing was held pursuant to IDEIA concerning the special education needs of J. D.  J. D. and his mother, Margaret Danowski, were the prevailing parties in this proceeding.

23.  On February 15, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $5,660.34.

24.  On June 6, 2006, a payment of $4,284.00 was received.

25.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $1,376.34.

<u>K.D.</u>

26.  On November 7, 2005, an administrative due process hearing was held pursuant to IDEIA concerning the special education needs of K. D.  K. D. and his mother, Diana Davis, were the prevailing parties in this proceeding.

27.  On May 18, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $1,937.76.

28.  To date, no payment has been received.

29.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is

$1,937.76.

M.D.

30.  On May 23, 2006, an administrative due process hearing was held pursuant to IDEIA concerning the special education needs of M. D.  M. D. and her guardian, Joan Gilchrest, were the prevailing parties in this proceeding.

31.  On June 28, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $5,038.86.

32.  On August 3, 2006, a payment of $4,131.86 was received.

33.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $907.00.

M. D.

34.  On May 23, 2006, an administrative due process hearing was held pursuant to IDEIA concerning the special education needs of M. D.  M. D. and his guardian, Joan Gilchrest, were the prevailing parties in this proceeding.

35.  On June 28, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $4,521.10.

36.  On November 15, 2006, pursuant to IDEIA, a supplemental petition for attorney's fees and costs was submitted to DCPS in the amount of $285.89.

37.  On August 3, 2006, a payment of $4,102.60 was received.

38.  On January 4, 2007, a payment of $6.39 was received.

39.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $698.00.

M.G.

40.  On June 21, 2005, an administrative due process hearing was held pursuant to IDEIA concerning the special education needs of M. G.  M. G. and his guardian, Linda Goodman, were the prevailing parties in this proceeding.

41.  On May 30, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $846.62.

42.  To date, no payment has been received.

43.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $846.62.

T.G.

44.  On February 2, 2006, an administrative due process hearing was held pursuant to IDEIA concerning the special education needs of T. G.  T. G. and her mother, Velvet Gray, were the prevailing parties in this proceeding.

45.  On February 21, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $8,989.38.

46.  On June 6, 2006, a payment of $4,292.38 was received.

47.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $4,697.00.

J.G.

48.  On December 14, 2005, an administrative due process hearing was held  pursuant to IDEIA concerning the special education needs of  J. G.  J. G. and his mother, Guillermina Green, were the prevailing parties in this proceeding.

49.  On January 4, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $5,206.61.

50.  On February 24, 2006, a payment of $4,098.61 was received.

51.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $1,108.00.

M. J.

52.  On May 16, 2006, an administrative due process hearing was held pursuant to IDEIA concerning the special education needs of M. J.  M. J and his guardian, Avis Johnson, were the prevailing parties in this proceeding.

53.  On June 28, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $8,525.70.

54.  On August 3, 2006, a payment of $ 4,236.20 was received.

55.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $4,289.50.

B.K.

56.  On May 10, 2006, an administrative due process hearing was held pursuant to IDEIA concerning the special education needs of B. K.  B. K. and his mother, Bertina Fox, were the prevailing parties in this proceeding.

57.  On May 18, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $8,129.58.

58.  On July 24, 2006, a payment of $ 4,190.08 was received.

59.  The outstanding amount of attorney's fees anc costs owed to Plaintiffs by Defendant is

13

$3,939.50.

S. L

60.  On April 18, 2005, an administrative due process hearing was held  pursuant to IDEA concerning the special education needs of S. L.  S. L. and his mother, Stephanie Lewis, were the prevailing parties in this proceeding.

61.  On February 2, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $539.00.

62.  To date, no payment has been received.

63.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $539.00

M. L.

64.  On December 23, 2005, an administrative due process hearing was held pursuant to IDEIA concerning the special education needs of M. L.  M. L. and his mother, Marilyn Lowry, were the prevailing parties in this proceeding.

65.  On January 4, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $5,165.55.

66.  On November 15, 2006, pursuant to IDEIA, a supplemental petition for attorney's fees and costs was submitted to DCPS in the amount of $2,246.48.

67.  On February 24, 2006, a payment of $4,291.55 was received.

68.  On January 4, 2007, a payment of $,210.10 was received.

69.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $2,910.38.

S. M.

70.  On May 19, 2006, an administrative due process hearing was held pursuant to IDEIA concerning the special education needs of S. M.  S. M. and his father, Stephen Maloney, were the prevailing parties in this proceeding.

71.  On June 28, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $6,526.41.

72.  To date, no payment has been received.

73.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $6,526.41.

D. M.

74.  On August 3, 2005, an administrative due process hearing was held pursuant to IDEIA concerning the special education needs of D. M.  D. M. and his mother, Antionette Means-Maddox, were the prevailing parties in this proceeding.

75.  On February 2, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $3,959.33.

76.  To date, no payment has been received.

77.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $3,959.33.

C.N.

78.  On February 15, 2006, an administrative due process hearing was held pursuant to IDEIA concerning the special education needs of C. N.  C. N and her mother, Joy Newaldass, were the prevailing parties in this proceeding.

79.  On February 21, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $12,335.98.

80.  On June 6, 2006, a payment of $1,086.48 was received.

81.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $11,249.50.

<u>C. P.</u>

82.  On October 18, 2005, an administrative due process hearing was held pursuant to IDEIA concerning the special education needs of C. P.  C. P. and his mother, Fonda Allen, were the prevailing parties in this proceeding.

83.  On May 18, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $3,305.59.

84.  To date, no payment has been received

85.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $3,305.59.

<u>G.R.</u>

86.  On August 1, 2005 and May 11, 2006, administrative due process hearings were held pursuant to IDEA and IDEIA concerning the special education needs of G. R.  G. R. and his father, Charles Rawlings, were the prevailing parties in these proceedings.

87.  On May 30, 2006, pursuant to IDEA and IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $1,958.41.

88.  On May 30, 2006, pursuant to IDEA and IDEIA, a supplemental petition for attorney's fees and costs was submitted to DCPS in the amount of $5,111.43.

89.  On July 24, 2006, a payment of $4,132.02 was received.

90.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $2,937.82.

<u>Y.T.</u>

91.  On June 21, 2006, an administrative due process hearing was held pursuant to IDEIA concerning the special education needs of Y. T.  Y. T. and his mother, Senait Gebretensae, were the prevailing parties in these proceedings.

92.  On June 28, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $7,745.96.

93.  On November 15, 2006, pursuant to IDEIA, a supplemental petition for attorney's fees and costs was submitted to DCPS in the amount of $781.12.

94.  On August 3, 2006, a payment of $4,095.96 was received.

95.  On January 4, 200, a payment of $72.62 was received.

96.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $4,358.50.

<u>S.W.</u>

97.  On April 18, 2006, and on November 15, 2006 administrative due process hearings were held pursuant to IDEIA concerning the special education needs of S. W.  S. W. and her guardian, Shantrina Lewis, were the prevailing parties in these proceedings.

98.  On May 18, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $6,129.18.

99.  On December 8, 2006, pursuant to IDEIA, a supplemental petition for attorney's fees and

costs was submitted to DCPS in the amount of $3,860.60.

100.  On December 8, 2006, pursuant to IDEIA, a second supplemental petition for attorney's fees and costs was submitted to DCPS in the amount of $238.40.

101. On July 24, 2006, a payment of $4,297.66 was received.

102.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $5,930.52.

J.W

103.  On May 22, 2006, an administrative due process hearing was held pursuant to IDEIA concerning the special education needs of J. W.  J. W. and his mother, Gail Williams, were the prevailing parties in this proceeding.

104.  On  May 30, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $4,639.92.

105.  On July 24, 2006, a payment of $3,659.92 was received.

106.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $980.00.

T. W.

107.  On October 27, 2004, an administrative due process hearing was held pursuant to IDEA concerning the special education needs of T. W.  T. W. and his mother, Suzanne Snider, were the prevailing parties in this proceeding.

108.  On March 14, 2006, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $486.37.

109.  To date, no payment has been received.

18

110.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $486.37.

<u>S. W.</u>

111.  On May 18, 2006, an administrative due process hearing was held pursuant to IDEIA concerning the special education needs of S. W.  S.W. and his mother, Teresa Winslow, were the prevailing parties in this proceeding.

112.  On June 28, 2006, pursuant to IDEA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $6,075.70.

113.  On August 3, 2006, a payment of $4,134.70 was received.

114.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $1,941.00.

<u>T. W.</u>

115.  On May 1, 2006, an administrative due process hearing was held pursuant to IDEIA concerning the special education needs of T. W.  T. W. and his foster mother, Beverly Brown, were the prevailing parties in this proceeding.

116.  On May 18, 2006, pursuant to IDEIA, a petition for attorney's fees and costs was submitted to DCPS in the amount of $8,142.50.

117.  On July 24, 2006, a payment of $ 4,266.50 was received.

118.  The outstanding amount of attorney's fees and costs owed to Plaintiffs by Defendant is $3,876.00.

WHEREFORE, Plaintiffs respectfully request that this honorable Court:

A.  Find that the Defendant has, with respect to each plaintiff, deprived said plaintiff of rights,

19

privileges, and the benefits that are available and secured by the laws of the United States,

specifically 20 U.S.C. 1400 et seq.;

B.  Award to each Plaintiff attorney's fees pursuant to IDEA and IDEIA as follows:

| | | |
|---|---|---|
| Teresa Allen and M. A. | $ | 25,427.88 |
| Ruthie Miles and P. B. | $ | 560.00 |
| Ruthie Miles and R. B. | $ | 560.00 |
| Margaret Danowski and A. D. | $ | 1,376.00 |
| Margaret Danowski and J. D. | $ | 1,376.34 |
| Diana Davis and K. D. | $ | 1,937.76 |
| Joan Gilchrest and M. D. | $ | 907.00 |
| Joan Gilchrest and M. D. | $ | 698.00 |
| Linda Goodman and M. G. | $ | 846.62 |
| Velvet Gray and T. G. | $ | 4,697.00 |
| Guillermina Green and J. G. | $ | 1,108.00 |
| Avis Johnson and M. J. | $ | 4,289.50 |
| Bertina Fox and B. K. | $ | 3,939.50 |
| Stephanie Lewis and S. L. | $ | 539.00 |
| Marilyn Lowry and M. L. | $ | 2,910.38. |
| Stephen Maloney and S. M. | $ | 6,526.41 |
| Antoinette Maloney and D. M. | $ | 3,959.33 |
| Joy Newaldass and C. N. | $ | 11,249.50 |
| Fonda Allen and C. P. | $ | 3,305.59 |
| Charles Rawlings and G. R. | $ | 2,937.82 |
| Senait Gebretensae and Y. T. | $ | 4,358.50. |
| Shantrina Lewis and S. W. | $ | 5,930.52 |
| Gail Williams and J. W. | $ | 980.00 |
| Suzanne Snider and T. W. | $ | 486.37 |
| Teresa Winslow and S. W. | $ | 1,941.00 |
| Beverly Brown and T. W. | $ | 3,876.00 |

C.  Award to each Plaintiff prejudgment interest on each damage award;

D.  Award to each Plaintiff, pursuant to 42 U.S.C. Sec. 1988, et seq., the attorneys' fees and costs

incurred by virtue of the instant lawsuit; and

E.  Award whatever other relief this honorable Court deems appropriate and just.

Respectfully submitted,

_Elizabeth T. Jester, Esq._
Elizabeth T. Jester, Esq.
JESTER & WILLIAMS
210 I St., N.E.
Suite 100
Washington, D.C. 20002
Telephone:  202-546-4696
Fax:  202-544-0031
DC Bar Number 386813

_James E. Williams, Esq._
James E. Williams, Esq.
JESTER & WILLIAMS
210 I St., N.E.
Suite 100
Washington, D.C. 20002
Telephone: 202-546-4696
Fax: 202-544-0031
DC Bar Number 332216

21

02-163
AJL

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Teresa Allen, et al    11001 | Goverment of the District of Columbia |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Elizabeth T. Jester, Esq.
210 I Street, NE
Washington, DC  20002
202-546-4696

CASE NUMBER   1:07CV00163

JUDGE: Richard J. Leon

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 01/23/2007

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ◉ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CI**
FOR PL...

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV.  CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A.** *Antitrust*

- ☐ 410 Antitrust

○ **B.** *Personal Injury/ Malpractice*

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E.** *General Civil (Other)*     **OR**     ○ **F.** *Pro Se General Civil*

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

①

| O  G. *Habeas Corpus/ 2255* | O  H. *Employment Discrimination* | O  I. *FOIA/PRIVACY ACT* | O  J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| O  K. *Labor/ERISA (non-employment)* | ☒ L. *Other Civil Rights (non-employment)* | O  M. *Contract* | O  N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

O 1 Original Proceeding    O 2 Removed from State Court    O 3 Remanded from Appellate Court    O 4 Reinstated or Reopened    O 5 Transferred from another district (specify)    O 6 Multi district Litigation    O 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

20 U.S.C. 1415, et seq. Action for awards of attorney's fees arising from IDEIA administrative proceedings

**VII. REQUESTED IN COMPLAINT**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND $** 98,258.00    Check YES only if demanded in complaint    **JURY DEMAND:** YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 1/22/07    SIGNATURE OF ATTORNEY OF RECORD *Elizabeth T. Hester*

23

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.