UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Teresa Allen, et al,** | : |
| **Plaintiffs,** | : |
| v. | : Civil Action No. 07-00163 (RJL) |
| **District of Columbia** | : |
| **Defendant.** | : |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please note the entry of the appearance of Amy Caspari, Assistant Attorney General, herein, as counsel for Defendants in this matter.

Respectfully submitted,

LINDA SINGER
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

***/s/ Edward P. Taptich***
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

|  |  |
|---|---|
| January 29, 2007 | */s/ Amy Caspari* <br> Amy Caspari [#488968] <br> Assistant Attorney General <br> 441 Fourth Street, N.W. <br> Sixth Floor South <br> Washington, D.C. 20001 <br> (202) 724-7794 <br> email:  amy.caspari@dc.gov |