UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TERESA ALLEN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | 1:07cv00163 |
| v. | ) | Judge Leon |
| | ) | |
| GOVERNMENT OF THE DISTRICT | ) | |
| OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |

**PROOF OF SERVICE**

I hereby certify that service of process was made in the above-captioned case, pursuant to Rule 4 of this Court as follows:

1) Service was made by Brad Davidson, an individual who is over the age of eighteen. Mr. Davidson conducts his business at 210 I Street, NE. He is not a party to this suit and has no interest in its outcome.

2) Service of the Complaint and Summons was made on the Attorney General of the District of Columbia's designated service recipient, Gail Rivers, personally at 441 4th Street, NW, Sixth Floor, Office of the Attorney General, on January 25, 2007 at 11:35 A.M. Service of the Summons and Complaint was made on the Mayor of the District of Columbia's designated service recipient, Tabitha Braxton, personally at Suite 419, 1350 Pennsylvania Avenue, NW, On February 6, 2007 at 12:40 PM .

Respectfully submitted,


*James E. Williams, Esq.*
Jester and Williams
206 G Street, NE
Washington, D.C.  20002
202-546-4696
Fax: 202-544-0031