UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Teresa Allen, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-0163 (RJL) |
| District of Columbia, | : |
| Defendant. | : |

**DEFENDANT'S ANSWER TO COMPLAINT**

Defendant by counsel, hereby answers Plaintiffs' Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

1. Defendant admits that this Court has jurisdiction pursuant to the Individuals with Disabilities Education Improvement Act of 2004 ("IDEIA"), 20 U.S.C. § 1400 *et seq.* and 28 U.S.C. §1331 but it denies the remaining allegations in paragraph 1.

2. Defendant admits the allegations in paragraph 2.

3. Defendant admits that the Defendant is a municipal corporation. The remaining allegations in paragraph 3 are the pleader's characterization of the law, to which no response is required. If a response is required, then the same are denied.

4. Defendant admits the allegations in paragraph 4.

5. Defendant admits the allegation in paragraph 5.

6. Defendant admits the allegation in paragraph 6.

1

7. Defendant admits the allegation in paragraph 7.

8. Defendant admits the allegation in paragraph 8.

9. Defendant denies the allegation in paragraph 9.

10. Defendant admits the allegation in paragraph 10.

11. Defendant admits the allegation in paragraph 11.

12. Defendant admits the allegation in paragraph 12.

13. Defendant denies the allegation in paragraph 13.

14. Defendant admits the allegation in paragraph 14.

15. Defendant admits the allegation in paragraph 15.

16. Defendant admits the allegation in paragraph 16.

17. Defendant denies the allegation in paragraph 17.

18. Defendant admits the allegation in paragraph 18.

19. Defendant admits the allegation in paragraph 19.

20. Defendant admits the allegation in paragraph 20.

21. Defendant denies the allegation in paragraph 21.

22. Defendant admits the allegation in paragraph 22.

23. Defendant admits the allegation in paragraph 23.

24. Defendant admits the allegation in paragraph 24.

25. Defendant denies the allegation in paragraph 25.

26. Defendant admits the allegation in paragraph 26.

27. Defendant admits the allegation in paragraph 27.

28. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 28 at this time.

29. Defendant denies the allegation in paragraph 29.

30. Defendant admits the allegation in paragraph 30.

31. Defendant admits the allegation in paragraph 31.

32. Defendant admits the allegation in paragraph 32.

33. Defendant denies the allegation in paragraph 33.

34. Defendant admits the allegation in paragraph 34.

35. Defendant admits the allegation in paragraph 35.

36. Defendant admits the allegation in paragraph 36.

37. Defendant admits the allegation in paragraph 37.

38. Defendant admits the allegation in paragraph 38.

39. Defendant denies the allegation in paragraph 39.

40. Defendant admits the allegation in paragraph 40.

41. Defendant admits the allegation in paragraph 41.

42. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 42 at this time.

43. Defendant denies the allegation in paragraph 43.

44. Defendant admits the allegation in paragraph 44.

45.    Defendant admits the allegation in paragraph 45.

46.    Defendant admits the allegation in paragraph 46.

47.    Defendant denies the allegation in paragraph 47.

48.    Defendant admits the allegation in paragraph 48.

49.    Defendant admits the allegation in paragraph 49.

50.    Defendant admits the allegation in paragraph 50.

51.    Defendant denies the allegation in paragraph 51.

52.    Defendant admits the allegation in paragraph 52.

53.    Defendant admits the allegation in paragraph 53.

54.    Defendant admits the allegation in paragraph 54.

55.    Defendant denies the allegation in paragraph 55.

56.    Defendant admits the allegation in paragraph 56.

57.    Defendant admits the allegation in paragraph 57.

58.    Defendant admits the allegation in paragraph 58.

59.    Defendant denies the allegation in paragraph 59.

60.    Defendant admits the allegation in paragraph 60.

61.    Defendant admits the allegation in paragraph 61.

62.    Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 62 at this time.

63.    Defendant denies the allegation in paragraph 63.

64. Defendant admits the allegation in paragraph 64.

65. Defendant admits the allegation in paragraph 65.

66. Defendant admits the allegation in paragraph 66.

67. Defendant admits the allegation in paragraph 67.

68. Defendant admits the allegation in paragraph 68.

69. Defendant denies the allegation in paragraph 69.

70. Defendant admits the allegation in paragraph 70.

71. Defendant admits the allegation in paragraph 71.

72. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 72 at this time.

73. Defendant denies the allegation in paragraph 73.

74. Defendant admits the allegation in paragraph 74.

75. Defendant admits the allegation in paragraph 75.

76. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 76 at this time.

77. Defendant denies the allegation in paragraph 77.

78. Defendant admits the allegation in paragraph 78.

79. Defendant admits the allegation in paragraph 79.

80. Defendant admits the allegation in paragraph 80.

81. Defendant denies the allegation in paragraph 81.

82. Defendant admits the allegation in paragraph 82.

83. Defendant admits the allegation in paragraph 83.

84. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 84 at this time.

85. Defendant denies the allegation in paragraph 85.

86. Defendant admits the allegation in paragraph 86.

87. Defendant admits the allegation in paragraph 87.

88. Defendant admits the allegation in paragraph 88.

89. Defendant admits the allegation in paragraph 89.

90. Defendant denies the allegation in paragraph 90.

91. Defendant admits the allegation in paragraph 91.

92. Defendant admits the allegation in paragraph 92.

93. Defendant admits the allegation in paragraph 93.

94. Defendant admits the allegation in paragraph 94.

95. Defendant admits the allegation in paragraph 95.

96. Defendant denies the allegation in paragraph 96.

97. Defendant admits the allegation in paragraph 97.

98. Defendant admits the allegation in paragraph 98.

99. Defendant admits the allegation in paragraph 99.

100. Defendant admits the allegation in paragraph 100.

101. Defendant admits the allegation in paragraph 101.

102. Defendant denies the allegation in paragraph 102.

103. Defendant admits the allegation in paragraph 103.

104. Defendant admits the allegation in paragraph 104.

105. Defendant admits the allegation in paragraph 105.

106. Defendant denies the allegation in paragraph 106.

107. Defendant admits the allegation in paragraph 107.

108. Defendant admits the allegation in paragraph 108.

109. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 109 at this time.

110. Defendant denies the allegation in paragraph 110.

111. Defendant admits the allegation in paragraph 111.

112. Defendant admits the allegation in paragraph 112.

113. Defendant admits the allegation in paragraph 113.

114. Defendant denies the allegation in paragraph 114.

115. Defendant admits the allegation in paragraph 115.

116. Defendant admits the allegation in paragraph 116.

117. Defendant admits the allegation in paragraph 117.

118. Defendant denies the allegation in paragraph 118.

**BY WAY OF FURTHER ANSWER**, the Defendant denies all allegations of wrongdoing not otherwise responded to or admitted.

                                  Respectfully submitted,

                                  LINDA SINGER
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794

April 2, 2007                     amy.caspari@dc.gov