UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Teresa Allen, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 07-0163 (RJL) |
| : | |
| District of Columbia, : | |
| : | |
| Defendant. : | |

## JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE
## MEET AND CONFER STATEMENT

The Parties, by counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby move this Court for an enlargement of time – to May 15, 2007 – to file a meet and confer statement under LCvR 16.3.

This action involves twenty six Plaintiffs' claims for the recovery of attorneys' fees under the Individuals With Disabilities Education Improvement Act of 2004 ("IDEIA"), 20 U.S.C. §§1400 et seq. Currently, a possible settlement is being addressed with respect to all of the claims herein.

To allow the parties to continue to work on the possibility of settling Plaintiffs' claims, before embarking on the preparation and filing of pleadings that may not ultimately be necessary, the Parties respectfully request that this Court enlarge the time to file their joint meet and confer statement.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7334

April 26, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Teresa Allen, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-0163 (RJL) |
| District of Columbia, | : |
| Defendant. | : |

## **ORDER**

On consideration of the Parties' Joint Motion For Enlargement Of Time To File Meet And Confer Statement, filed April 26, 2007, at it appearing that a grant of that motion would be just and proper, it is, this ____ day of _____, 2007,

ORDERED, That the Defendant's motion is granted; and it is

FURTHER ORDERED, That the time within which the Parties may file a joint meet and confer statement hereby enlarged to and including May 15, 2007.

_____
United States District Court Judge

3