UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Teresa Allen, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-0163 (RJL) |
| District of Columbia, | : |
| Defendant. | : |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE
MEET AND CONFER STATEMENT**

The Parties, by counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby move this Court for an enlargement of time – to June 15, 2007 – to file a meet and confer statement under LCvR 16.3.

This action involves twenty six plaintiffs' claims for the recovery of attorneys' fees under the Individuals With Disabilities Education Improvement Act of 2004 ("IDEIA"), 20 U.S.C. §§1400 et seq. Currently, the parties have reached a settlement as to all of the Plaintiffs' claims.

To allow the parties to complete a final draft of the consent judgment before embarking on the preparation and filing of pleadings that will not likely be necessary, the Parties respectfully request that this Court enlarge the time to file their joint meet and confer statement.

2

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-733

_____/s/_____
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794
Counsel for Defendants


____/s/_____

Elizabeth Jester
Jester and Williams
210 I Street, N.E.
Suite 100
Washington, D.C. 20002
(202) 546-4696
Counsel for Plaintiffs

June 1, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Teresa Allen, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-0163 (RJL) |
| District of Columbia, | : |
| Defendant. | : |

## **ORDER**

On consideration of the Parties' Joint Motion For Enlargement Of Time To File Meet And Confer Statement, filed June 1, 2007, and it appearing that a grant of that motion would be just and proper, it is, this _____ day of June, 2007,

ORDERED, that the parties' motion is granted; and it is

FURTHER ORDERED, that the time within which the Parties may file a joint meet and confer statement hereby enlarged to and including June 15, 2007.

_____
United States District Court Judge