UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Teresa Allen, et al., :
:
Plaintiffs, :
:
v. : Civil Action No. 07-0163 (RJL)
:
District of Columbia, :
:
Defendant. :

## CONSENT JUDGMENT

Upon consideration of the parties' Joint Motion for Consent Judgment, it is on this 18th day of June, 2007, hereby

**ORDERED,** that in accordance with the attached schedule, the Plaintiffs are awarded $77,265.10 in settlement of any and all claims for attorneys' fees in connection with their complaint for fees and; it is

**FURTHER ORDERED,** that the Defendant will pay to Jester and Williams, $12,763.50 in attorneys' fees within 45 days of the date of this Order, which is the only amount of attorneys' fees the Defendant can pay at this time under the fee cap in the District of Columbia Appropriations Act; and it is

**FURTHER ORDERED,** that the Defendant will pay $1,744.15 in costs; and it is

**FURTHER ORDERED,** that this fully resolves the only remaining issues in this matter; and it is

**FURTHER ORDERED,** that this case is dismissed with prejudice.

United States District Judge

## ATTACHMENT

| | Hearing Date | Award | Payment Due Under Fee Cap After Payments by DCPS Fees | Costs |
|---|---|---|---|---|
| 1. Teresa Allen (M.A.) | 2/21/06 & 2/15/06 | 5,747.00 | -0- | -0- |
| | | -0- | -0- | -0- |
| | | 10,302.50 | -0- | -0- |
| 2. Ruthie Miles (P.B.) | 3/28/2006 | 750.00 | 421.50 | -0- |
| 3. Ruthie Miles (R.B.) | 3/27/2006 | 750.00 | 560.00 | -0- |
| 4. Margaret Danowski (A.D.) | 2/3/2006 | 1,566.00 | -0- | -0- |
| 5. Margaret Danowski (J.D.) | 2/3/2006 | 1,416.34 | -0- | -0- |
| 6. Diana Davis (K.D.) | 11/7/2005 | 1,390.00 | 1,390.00 | 62.76 |
| 7. Joan Gilchrest (M.D.) | 5/26/2006 | 1,062.50 | -0- | -0- |
| 8. Joan Gilchrest (M.D.) | 5/26/2006 | 608.50 | -0- | -0- |
| | 7/11/2006 | 279.50 | -0- | -0- |
| 9. Linda Goodman (M.G. | 6/21/2005 | 1029.00 | -0- | 7.62 |
| 10. Velvet Gray (T.G.) | 2/2/2006 | 4,611.00 | -0- | -0- |
| 11. Guillermina Green (J.G.) | 12/14/2005 | 1,298.00 | -0- | -0 |
| 12. Avis Johnson (M.J.) | 5/16/2006 | 4,479.50 | -0- | -0- |
| 13. Bertina Fox (B.K.) | 5/10/2006 | 4,129.50 | -0- | -0- |
| 14. Stephanie Lewis (S.L.) | 5/18/2005 | 457.00 | 457.00 | 3.75 |
| 15. Marilyn Lowry (M.L.) | 12/23/2005 | 1064.00 | -0- | -0- |
| | 12/23/2005 | 1,017.75 | -0- | 0.88 |
| 16. Stephen Maloney (S.M.) | 5/19/2006 | 2491.59 | 0 | 0 |
| 17. Antoinette Means (D.M.) | 8/3/2005 | 3,967.33 | 3,777.00 | 182.33 |
| 18. Joy Newaldess (C.N.) | 2/15/2006 | 8,541.88 | 3,274.00 | -0- |
| 19. Fonda Allen (C.P.) | 10/19/2005 | 818.00 | -0- | 442.09 |
| 20. Charles Rawlings (G.R.) | 5/11/2006 | 262.82 | -0- | -0- |
| | 81/2005 | 1,884.00 | 1,884.00 | 74.41 |

1

|  | Hearing Date | Award | Payment Due Under Fee Cap After Payments by DCPS Fees | Costs |
|---|---|---|---|---|
| 21. Senait Gebretensae (S.G.) | 6/21/2006 | 3,840.00 | -0- | -0- |
|  |  | 708.50 | -0- | -0- |
| 22. Shantrina Lewis (S.W.) | 4/18/2006 | 2,342.34 | -0- | 18.90 |
|  | 11/15/2006 | 3,696.50 | -0- | -0- |
| 23. Gail Williams (J.W.) | 5/22/2006 | 1,147.00 | 410.00 | -0- |
| 24. Suzanne Snyder (T.W.) | 11/8/2004 | 590.00 | 590.00 | -0- |
| 25. Teresa Winslow (S.W.) | 5/18/2006 | 1,160.05 | -0- | -0- |
| 26. Beverly Brown (T.W.) | 5/1/2006 | 3,857.00 | -0- | -0- |
| 27. Elizabeth Jester (Counsel) | Costs for Fees on fees litigation. |  |  | 839.00 |
| **Cumulative Totals:** |  | **77,265.10** | **12,763.50** | **1,744.15** |

*190.00 was added to each student's award for fees on fees litigation.

2